# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2536
_____

United States of America

*Plaintiff - Appellee*

v.

Russell Kimble Jackson, also known as Russell Kimble Jackson, V

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: November 20, 2023
Filed: November 30, 2023
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Russell Jackson appeals the district court's[1] denial of his pro se motion for return of property under Federal Rule of Criminal Procedure 41(g). Following a

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

careful review, we conclude that the district court did not err in denying the motion. See Jackson v. United States, 526 F.3d 394, 398 (8th Cir. 2008) (after denial of Rule 41(g) motion, this court reviews district court's legal conclusions de novo and factual findings for clear error).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____